1 | MARTIN C. WASHTON, SBN 054762
BRETT H. OBERST, SBN 196219
2 | GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
3 | Los Angeles, California 90071-3197
Telephone: (213) 229-7000
4 | Facsimile: (213) 229-7520

5 | Attorneys for Defendant BEVERLY HILLS
COMMUNITY SPORTS CENTER, FORMERLY
6 | KNOWN AS YOUNG MEN'S CHRISTIAN
ASSOCIATION OF BEVERLY HILLS, CALIFORNIA

7

8 | JAMES F. ELLIOTT, SBN 102245
IRELL & MANELLA LLP
9 | 1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
10 | Telephone: (310) 277-1010
Facsimile: (310) 203-7199

11 | Attorneys for Plaintiff NATIONAL COUNSEL
OF YOUNG MEN'S CHRISTIAN ASSOCIATIONS
12 | OF THE UNITED STATES

FILED
CLERK. U.S. DISTRICT COURT

MAR - 6 2000

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

ENTERED
CLERK. U.S. DISTRICT COURT

MAR - 8 2000

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

JS-6/SCAN DAILY

LODGED

13

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| NATIONAL COUNSEL OF YOUNG MEN'S CHRISTIAN ASSOCIATIONS OF THE UNITED STATES, a/k/a YMCA of the USA,, | Case No. 00-0734 RAP (RMBx) |
| Plaintiff, | STIPULATION FOR DISMISSAL WITHOUT PREJUDICE |
| vs. | |
| YOUNG MEN'S CHRISTIAN ASSOCIATION OF BEVERLY HILLS, a/k/a BEVERLY HILLS FAMILY YMCA, a California corporation, and DOES I through V, | |
| Defendant. | |

✓ Docketed
Copies / NTC Sent
✓ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

241441.01

MAR 0 8 2000

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

3.

1    WHEREAS, plaintiff National Council of Young Men's Christian Associations

2  ("National Council") is a non-profit, charitable and educational corporation organized and

3  existing under the laws of the State of Illinois, whose principal mission is the spiritual,

4  physical and social well being of young men and women.

5    WHEREAS, defendant Beverly Hills Community Sports Center ("Beverly Hills") is

6  a non-profit corporation organized under the laws of the State of California, whose

7  principal mission is to provide wholesome sports and after school activities for the

8  community's youth and adults.

9    WHEREAS, defendant was previously known as Young Men's Christian

10  Association of Beverly Hills, California and changed its name by amending its Articles of

11  Incorporation on February 3, 2000.

12    WHEREAS, defendant had full membership status under the Constitution and

13  Bylaws of the National Council under June of 1998, when it was placed on "provisional

14  status", which status plaintiff notified defendant of its intention to terminate on November

15  23, 1999.

16    WHEREAS, plaintiff commenced the above-captioned litigation on or about

17  January 21, 2000 ("complaint"), for purposes of seeking preliminary and permanent

18  injunctive relief and damages against defendant for its alleged continued use of plaintiff's

19  "Y" and "YMCA" trademarks and trade names.

20    WHEREAS, this Court has jurisdiction over this controversy pursuant to 15 U.S.C.

21  § 1121; 28 U.S.C. § 1138(a) and (b); and 18 U.S.C. § 1332(a) and the parties now desire to

22  formalize their agreement for settlement of the controversy and dismissal of the litigation

23  with prejudice.

24    IT IS HEREBY STIPULATED AND AGREED TO by the above-identified parties,

25  through their undersigned counsel of record, as follows:

26    1. As of February 1, 2000, defendant Beverly Hills will cease referring to itself as

27      Young Men's Christian Association of Beverly Hills and will cease and desist

28

- 2 -

from using any and all trademarks, trade names or marks owned by plaintiff National Council as set forth in the plaintiff's complaint and its prayer for relief.

2. Defendant Beverly Hills has amended its Articles of Incorporation to formally change its name from Young Men's Christian Association of Beverly Hills, California to Beverly Hills Community Sports Center. A true and correct copy of the Certificate of Amendment of Articles of Incorporation is attached hereto as Exhibit A. In addition, defendant has amended its Section 501(c)(3) filing to reflect that it is no longer affiliated in any manner with the YMCA. A true and correct copy of the amended filing is attached hereto as Exhibit B

3. All trademarks, trade names and marks owned by National Council and all references to "YMCA," "Y" or the YMCA insignia as set forth in the complaint and its prayer for relief will be removed from any and all signs, banners, literature, clothing, sports equipment and any other property of any kind owned or distributed by defendant Beverly Hills by no later than February 29, 2000.

4. All stationary, applications, and other documents or writings of any kind used in the business of Beverly Hills will be either redacted to show only defendant's new name, or destroyed if redaction is impractical by no later than February 29, 2000, in a manner that may be verified and monitored by the National Council.

5. All bank accounts, insurance policies and other business relationships of any kind of defendant Beverly Hills will be conducted in its new name exclusively, and documentation reflecting trademarks, trade names or marks of plaintiff, as set forth in the complaint and its prayer for relief, will be discarded or destroyed by no later than February 29, 2000, if not sooner, in a manner that may be verified and monitored by the National Council.

6. The parties shall bear their own costs and attorneys' fees incurred in prosecuting and defending the above-captioned litigation and in handling the resolution of the related claims and disputes.

241441.01

7.  Counsel for plaintiff shall be permitted to inspect the premises of defendant Beverly Hills at such a time as may be agreed to by the undersigned counsel of record, for purposes of confirming the elimination of signage, stationary, business records and other material containing the trademark, trade names or marks of plaintiff National Council as set forth in the complaint and its prayer for relief.

8.  Defendant Beverly Hills acknowledges that if for any reason in the future it should violate the terms of this Stipulation or otherwise use the trademark, trade names or marks of plaintiff identified in the complaint on file herein, damages to plaintiff would be an ineffective remedy and plaintiff shall be entitled to injunctive relief if the breach or improper use of trademarks, trade names or marks is established.

9.  This litigation shall be dismissed without prejudice; provided, however, that the National Council will not re-file the complaint unless it determines that defendant is in material breach of the terms of this Stipulation for Dismissal without Prejudice.

10. If, for any reason, this Stipulation for Dismissal without Prejudice is not fully executed, defendant will not assert any delays by plaintiff in seeking a preliminary injunction as a basis for denying such an injunction.

Dated: February 14, 2000

Martin C. Washton
Brett H. Oberst
GIBSON, DUNN & CRUTCHER LLP

By: _Martin C. Washton_
Martin C. Washton

**IT IS SO ORDERED**

**DATED** 2-3-00

_Richard A Paez_

**U.S. DISTRICT JUDGE**

Attorneys for Defendant
BEVERLY HILLS COMMUNITY
SPORTS CENTER, FORMERLY
KNOWN AS YOUNG MEN'S
CHRISTIAN ASSOCIATION OF
BEVERLY HILLS, CALIFORNIA

- 4 -

241441.01

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: February 11, 2000

James F. Elliott
IRELL & MANELLA LLP

By: _____
James F. Elliott

Attorneys for Plaintiff
NATIONAL COUNCIL OF YOUNG
MEN'S CHRISTIAN ASSOCIATIONS
OF THE UNITED STATES

ORDER

GOOD CAUSE APPEARING THEREFORE IT IS SO ORDERED this _____ day of February, 2000.

By: _____
THE HONORABLE RICHARD A. PAEZ
UNITED STATES DISTRICT JUDGE

- 5 -

Exhibit A

CERTIFICATE OF AMENDMENT
OF
ARTICLES OF INCORPORATION
OF
YOUNG MEN'S CHRISTIAN ASSOCIATION
OF BEVERLY HILLS, CALIFORNIA

Leonard De Los Prados and Bud Heumann certify that:

They are the President and the Secretary, respectively, of the YOUNG MEN'S CHRISTIAN ASSOCIATION OF BEVERLY HILLS, CALIFORNIA, a California nonprofit corporation.

The following Amendment to Article ONE of the Articles of Incorporation was approved by the Board of Directors acting at a meeting duly held on February 3, 2000:

"ONE:    The name of this corporation is Beverly Hills Community Sports Center."

The directors are the only members of the corporation.

_____          _____
Leonard De Los Prados, President          Bud Heumann, Secretary


VERIFICATION

Each of the undersigned declares under penalty of perjury that the statements contained in the foregoing certificate are true and correct of his own knowledge, and that this declaration was executed on February 3, 2000.

_____          _____
Leonard De Los Prados, President          Bud Heumann, Secretary

The following resolution should be adopted by the Board at its February 3 meeting.  The minutes should recite that this is a regular meeting of the board [and therefore no notice is required], that a quorum was present [this must be at least nine directors], and that the following resolution was duly made, seconded and adopted.

The October 10, 1990, by-laws allow for 45 directors, so there must be nine directors present to make a quorum.

RESOLUTION:

RESOLVED, that Article ONE of the Articles of Incorporation of this corporation shall be amended and shall hereafter read as follows:

"ONE:    The name of this corporation is BEVERLY HILLS COMMUNITY SPORTS CENTER."

RESOLVED FURTHER, that the by-laws be duly amended to reflect the organization's new name.

The secretary is instructed to appropriately note the by-law amendment in the records of the corporation.

**Exhibit  B**

MAR. 2.2000   10:32AM        LA 7                                    NO.965   P.2

MAR-02-00 10:18 AM                                                            P.02



# BEVERLY HILLS
# COMMUNITY SPORTS CENTER

A non-profit charitable organization

February 24, 2000

Internal Revenue Service
Exempt Organization Division
Internal Revenue Service Center
Ogden, UT 84201

The Beverly Hills Family Y Federal tax ID number 95-1643395 has changed its name to the Beverly Hills Community Sports Center. The next tax return is for the fiscal year ending June 30, 2000 and will be filed in that name, but with the same ID number.

Very truly yours,
Beverly Hills Community Sports Center

Leonard De Los Prados
Chairman, Board of Directors

9930 S. SANTA MONICA BLVD., BEVERLY HILLS, CA 90212                    (310) 553-975